ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD JASNA and BILLY TYNDALL, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, TODD SHIPYARDS CORPORATION, MCDONNELL DOUGLAS CORPORATION, and DOES 1-300, <br><br> Defendants. | No. C06-2994 SI <br><br> JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER TO STAY; [PROPOSED ALTERNATIVE] ORDER TO CONTINUE |

Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and respectfully move the Court for, an Order extending time as set forth in the *Order Setting Initial Case Management Conference* filed May 3, 2006 (Document 2), for the following good cause:

On June 26, 2006, Defendant MCDONNELL DOUGLAS CORPORATION filed Document 16, a Notice to Tag Along Action regarding the pending Multidistrict Litigation ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move Jurisdiction of this matter to that District. On June 28, 2006 Defendant TODD SHIPYARDS CORPORATION filed a similar Notice to Tag Along Action (Document 11).

//

1  On July 29, 1991, the Judicial Panel on Multidistrict Litigation ("JPML") entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 14097. That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial proceedings.

The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

The parties agree that it is likely that the JPML will transfer this matter to the Eastern District of Pennsylvania.

However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).

It is likely the dates set forth in the *Order Setting Initial Case Management Conference* filed May 3, 2006 (Document 2), including the deadlines imposed by Federal Rules of Civil Procedure 26, will come to pass before the Clerk of the JPML acts.

The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Order Setting Initial Case Management Conference* filed May 3, 2006 (Document 2), and that the Court issue an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits of the transfer.

//

1  In the alternative, the parties hereby STIPULATE to and respectfully request that the
2  dates set forth in the *Order Setting Initial Case Management Conference* filed May 3, 2006
3  (Document 2) be vacated and continued pending the outcome of the JPML's decision on the
4  merits of the transfer. Specifically, these deadlines include the **July 14, 2006** deadline to meet
5  and confer, and file Joint ADR Certification, the **July 14, 2006** Deadline to complete Initial
6  Disclosures, the **July 28, 2006** deadline to file the Joint Case Management Statement, and the
7  Case Management Conference currently set for **August 4, 2006**.

8  Dated: June 29, 2006                                          BRAYTON❖PURCELL LLP

9                                                                /s/ David R. Donadio

10                                                        By: _____
                                                              David R. Donadio
11                                                            Attorneys for Plaintiffs

12  Dated: July 6, 2006                                         SEDGWICK, DETERT, MORAN &
13                                                              ARNOLD, LLP

14                                                                /s Damon McClain
                                                          By: _____
15                                                            Damon McClain
                                                              Attorneys for Defendant
16                                                            GENERAL ELECTRIC COMPANY

17  Dated:   June 29, 2006                                     YARON & ASSOCIATES
18
                                                                  /s/ Anne V. Leinfelder
19
                                                          By: _____
20                                                            Anne V. Leinfelder
                                                              Attorneys for TODD SHIPYARDS
21                                                            CORPORATION

22  Dated: June 29, 2006                                       BRYAN CAVE LLP
23
                                                                  /s/ Robert E. Boone III
24
                                                          By: _____
25                                                            Robert E. Boone III
                                                              Attorneys for MCDONNELL DOUGLAS
26  //
27  //
28  //

[PROPOSED] **ORDER TO STAY**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed May 3, 2006 (Document 2) and *Clerk's Notice* filed April 3, 2006 (Document 3), are hereby VACATED and that this action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.

Dated: _____

_____
Susan Illston
United States District Court Judge

[PROPOSED ALTERNATIVE] **ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Order Setting Initial Case Management Conference* filed May 3, 2006 (Document 2) are hereby VACATED.

IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is [set for a date on or after November 15, 2006 to wit:] _____, 2006;

2. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is [set for a date on or after November 15, 2006 to wit:] _____, 2006;

3. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is [set for a date on or after November 15, 2006 to wit:] _____, 2006; and

//
//
//
//

4. The Case Management Conference is [set for a date after November 15, 2006 to wit: ] _____ 2006 at 2:00 p.m., Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: _____

_____ .
Susan Illston
United States District Court Judge

K:\Injured\105767\stip to stay or cont (FED15).wpd     5

JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, [PROPOSED] ORDER TO STAY; [PROPOSED] ORDER TO CONTINUE - - No.C06-2994 SI