JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 4 2006

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

AUG 2 2 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKET NO. 875
C 06 - 2994 SI

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

(SEE ATTACHED SCHEDULE)

FILED
SEP 19 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CONDITIONAL TRANSFER ORDER (CTO-267)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 81,120 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



SCHEDULE CTO-267 - TAG-ALONG ACTIONS
DOCKET NO. 875
IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ~~ALN 2 06-1168~~ | ~~Connie Damico, et al. v. Ace Hardware Corp., et al.~~ Vacated 8/22/06 |
| **CALIFORNIA EASTERN** | |
| CAE 1 06-352 | B.F. Maharrey, Jr. v. Burlington Northern & Santa Fe Railway Co. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-2902 | Joel Panzer, et al. v. Eaton Hydraulics, Inc. |
| CAN 3 06-2994 SI | Richard Jasna, et al. v. General Electric Co., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 1 06-21323 | Marion Furlong, etc. v. Borg-Warner Corp., et al. |
| FLS 1 06-21324 | Lloyd Griffin, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21325 | Don Haas, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21326 | Raymond E. Hall v. Borg-Warner Corp., et al. |
| FLS 1 06-21343 | Roy Francis, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21354 | Phillip Trapasso, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21355 | Wilton Stewart, et al. v. Borg-Warner Corp., et al. |
| FLS 1 06-21356 | Edward Van Burden v. Borg-Warner Corp., et al. |
| FLS 1 06-21357 | Beverly Van Pelt, etc. v. Borg-Warner Corp., et al. |
| ~~FLS 9 06-80629~~ | ~~Carl Miller v. A.W. Chesterton, Inc., et al.~~ Vacated 8/10/06 |
| ~~FLS 9 06-80630~~ | ~~Michael McPhee, et al. v. A.W. Chesterton, Inc., et al.~~ Vacated 8/15/06 |
| **GEORGIA SOUTHERN** | |
| ~~GAS 2 06-155~~ | ~~Bridget T. Matheus, etc. v. Georgia-Pacific Corp., et al.~~ Vacated 8/21/06 |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 05-117 | Charles Adcock v. GAF Corp., et al. |
| MSN 1 06-163 | Lonnie B. Davidson v. Goodrich Corp., et al. |
| MSN 1 06-165 | James Thomas Baswell v. Gulf Coast Marine Supply Co., et al. |
| MSN 4 06-96 | Gwyn Rinehart, etc. v. Robertson-Ceco Corp., et al. |
| MSN 4 06-99 | Eugene Vaudy Hydrick v. Crane Co., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-529 | Robert Vanderson v. Goodrich Corp., et al. |
| MSS 1 06-540 | Billy R. Morgan v. Beazer East, Inc., et al. |
| MSS 1 06-550 | Leroy Williams v. Budd Co., et al. |
| MSS 1 06-553 | Helen C. Jones v. General Electric Co., et al. |
| MSS 1 06-555 | Willie Gray v. General Electric Co., et al. |
| MSS 1 06-594 | Alfred Allen, et al. v. Mississippi Rubber & Specialty Co., et al. |
| MSS 1 06-599 | Howard Price, Jr. v. Robertson-Ceco Corp., et al. |
| MSS 1 06-612 | Clarence Jones v. Crane Co., et al. |
| MSS 1 06-626 | Melvina Holloway, etc. v. Anchor Packing Co., et al. |
| MSS 1 06-637 | Joe Anderson v. Minnesota Mining & Manufacturing Co., et al. |
| MSS 1 06-644 | Handy Murphy v. Terex Corp., et al. |
| MSS 1 06-645 | Clark Mackey v. FMC Corp., et al. |
| MSS 3 06-178 | Alfred Allen, et al. v. Mississippi Rubber & Specialty Co., et al. |

SCHEDULE CTO-267 - TAG ALONG ACTIONS - MDL-875                                    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NORTH CAROLINA EASTERN** | |
| NCE  4  06-49 | Larry D. Jones v. A.W. Chesterton, Inc., et al. |
| NCE  4  06-73 | Oral Duane Harris, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM  1  06-519 | Fred S. Broadway v. 3M Co., et al. |
| NCM  1  06-522 | Evelyn Dare Hovis, et al v. Kosa, et al. |
| NCM  1  06-550 | Howard Robert Burridge, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  06-551 | Hoyte Allen Dobey, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  06-552 | David Thomas Remeta, et al. v. Aqua-Chem, Inc., et al. |
| NCM  1  06-553 | William Russell Williams, et al. v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW  1  06-174 | William Franklin Forlines, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  06-175 | Henry Junior Cudd, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  06-176 | Steven Russell Faires, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  06-178 | Richard Nixon Gabriel, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  06-179 | Michael David Mosley, et al. v. Aqua-Chem, Inc., et al. |
| NCW  1  06-180 | Donald Eugene Oglesby v. Aqua-Chem, Inc., et al. |
| NCW  1  06-181 | Eddie Stevenson v. Aqua-Chem, Inc., et al. |
| NCW  1  06-182 | Vaye F. Flowe, etc. v. Aqua-Chem, Inc., et al. |
| NCW  1  06-187 | Fred Rubin Greene, Jr., et al. v. Anchor Packing Co., et al. |
| NCW  1  06-201 | Freddie Clifford Smith, et al. v. Aqua-Chem, Inc., et al. |
| **NEW YORK EASTERN** | |
| NYE  1  06-2079 | Diane B. McMahon, etc. v. A.W. Chesterton Co., et al. |
| NYE  1  06-2624 | Ernstine F. Caulfield v. A.W. Chesterton Co., et al. |
| NYE  1  06-2941 | John C. Ferrante, Jr., et al. v. A.W. Chesterton Co., et al. |
| NYE  1  06-2988 | Evelyn M. Lohman v. A.W. Chesterton Co., et al. |
| NYE  1  06-2991 | Eileen Mazzeo, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK SOUTHERN** | |
| NYS  1  06-1782 | Russella A. Ridley, et al. v. General Electric Co., et al. |
| **SOUTH CAROLINA** | |
| SC  2  06-1777 | James M. Tant, etc. Aventis Cropscience USA Inc., et al. |
| **TEXAS SOUTHERN** | |
| TXS  4  06-1728 | Jeanette Rita Borel, et al v. Texaco, Inc., et al. |
| TXS  6  06-66 | Charlotte Hearn v. Alcoa, Inc. |
| **VIRGINIA EASTERN** | |
| ~~VAE  3  06-406~~ | ~~Doris Hogston, etc. v. Allis-Chalmers Corp., et al.~~ Opposed 8/16/06 |
| **WASHINGTON WESTERN** | |
| WAW  2  06-895 | Janet A. Small, etc. v. Asbestos Corp., Ltd., et al. |
| WAW  2  06-902 | Victor M. Mundy, etc. v. General Electric Co., et al. |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215)597-7704

August 25, 2006

Richard W. Wieking, Clerk
450 Golden Gate Avenue
Post Office Box 36060
San Francisco, CA 04102-3489

          MDL-875
IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
       **SEE ATTACHED LIST**

Dear Clerk:

    The enclosed Conditional Transfer Order (CTO-267) is being sent to you regarding the involved actions They have been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

    **Please do not forward the original record, certified docket entries and/or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7019.

                             Sincerely,

                             MICHAEL E. KUNZ
                             Clerk of Court

                             Sharon Carter
                             MDL Coordinator

enclosure