DAVID R. DONADIO, ESQ., S.B. #154436
NANCY T. WILLIAMS, ESQ., S.B. #201095
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. BOX 6169
Novato, California 94948
(415) 898-1555

Attorneys for Plaintiffs and Petitioner

FILED
07 SEP 26 PM 1:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), | Civil Action No. MDL. 875 |
| This document relates to *Richard Jasna and Billy Tyndall, v. General Electric Company, Todd Shipyards Corporation, and McDonnell Douglas Corporation*, United States District Court for the Northern District of California, Case No.C06-2994 SI, Filed May 3, 2006. | ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF |

Petitioner's Motion for Order Substituting Successor-in-Interest for Deceased Plaintiff was reviewed by this Court, good cause appearing,

IT IS ORDERED that LINDA JASNA, Successor-in-Interest to decedent RICHARD JASNA be substituted as plaintiff in the place and stead of decedent RICHARD JASNA

Dated: 9/11/2007

James T. Giles
United States District Judge

K:\Injured\105767\ord sub SII (Federal MDL).wpd       1
ORDER SUBSTITUTING SUCCESSOR-IN-INTEREST FOR DECEASED PLAINTIFF